UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- X

UNITED STATES OF AMERICA,

-v-

HARVEY JACKSON,

Defendant.

---------------------------------------------------- X

RONNIE ABRAMS, District Judge:

19 Cr. 492 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/19

IT IS HEREBY ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated: December 3, 2019
New York, New York

Ronnie Abrams
United States District Judge