# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | DARREN SILVER |
| ANIRUDH BANSAL | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | JASON M. HALL | | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | | MEGHAN N. McDERMOTT | ROSS E. STURMAN |
| BRADLEY J. BONDI | NOLA B. HELLER | 1990 K STREET, N.W. | WILLIAM J. MILLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | ANTHONY K. TAMA |
| JAMES J. CLARK | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI |
| LISA COLLIER | DAVID G. JANUSZEWSKI | | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | 24 MONUMENT STREET | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | LONDON EC3R 8AJ | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | +44 (0) 20 7920 9800 | OLEG REZZY | DAVID WISHENGRAD |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JENNIFER B. EZRING | TED B. LACEY | | TAMMY L. ROY | JOSHUA M. ZELIG |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | MICHAEL A. SHERMAN | |

* ADMITTED IN DC ONLY



(212) 701-3207

March 5, 2020

Re: *United States* v. *Harvey Jackson* (1:19-cr-00492) (RA)

Dear Judge Abrams:

Harvey Jackson is scheduled to be sentenced in the above matter on Friday March 20, 2020 at 11:30 a.m. Per the Court's rules, Mr. Jackson's sentencing submission is due tomorrow, March 6, 2020. However, as of this evening we have not received a final Presentence Investigation Report ("PSR") from the Probation Office, and although a docket alert this evening appeared to indicate that a final PSR had been posted, it is not accessible at this time. In order to give us time to review the final PSR disclosure and incorporate its findings into our submission, we respectfully request that the Court grant the Defense one additional business day until Monday March 9, 2020 to make our sentencing submission. The Government does not object.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/20
```

Respectfully submitted,

/s/
Anirudh Bansal
Scott B. Singer

cc: Jun Xiang, AUSA
David Robles, AUSA
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

The sentence is adjourned to March 24, 2020 at 3:30 p.m. Defense submissions shall be due two weeks prior to sentencing and the Government's submissions shall be due one week prior to sentencing.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 6, 20920