**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/19/20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HARVEY JACKSON,

                Defendant.

No. 19-CR-492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The sentencing currently scheduled for March 24, 2020, is adjourned to June 19, 2020 at 2:30 p.m.

SO ORDERED.

Dated:    March 19, 2020
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge