| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED: 6/10/2020** |

UNITED STATES OF AMERICA,

v.

HARVEY JACKSON,

Defendant.

No. 19-CR-492

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall video sentencing is scheduled for Thursday June 11, 2020 at 11:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated: June 10, 2020
New York, New York

_____
Ronnie Abrams
United States District Judge