UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/26/2020

UNITED STATES OF AMERICA,

v.

HARVEY JACKSON,

Defendant.

No. 19-CR-492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A sentence is scheduled for June 30, 2020 at 11:00 a.m. and will be held telephonically. The parties shall use the below dial in information:

Call-in Number: (888) 363-4749

Access Code: 1015508

SO ORDERED.

Dated:   June 26, 2020
         New York, New York

Ronnie Abrams
United States District Judge